# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-11201
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**

April 27, 2017

Lyle W. Cayce
Clerk

MAYFORD KENNETH DAVIS, JR.,

Plaintiff - Appellant

v.

CATHERINE ZELLERS; JESSICA RICHARD; JUSTIN HOLCOMB,

Defendants - Appellees

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CV-729

Before BARKSDALE, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:[*]

Mayford Kenneth Davis, Jr., proceeding *pro se*, appeals the court's dismissal of his 42 U.S.C. § 1983 complaint as barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). His complaint seeks, *inter alia*, damages against the prosecutor and two police-officer witnesses at the trial resulting in his conviction, pursuant to Texas Penal Code § 42.01(a)(10), for indecency arising out of an incident of nude sunbathing at a middle school.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 15-11201

On appeal, however, Davis does not address *Heck*.  Instead, he reasserts the merits of his contentions without referencing any specific error by the court.  Although *pro se* briefs are liberally construed, even *pro se* litigants must brief contentions in order to preserve them.  *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993).  Because Davis has not identified any error in the court's analysis and determinations, or even mentioned any possible appellate issues, he has abandoned them.  *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

AFFIRMED.